Action by Mary Higgins, as successor, etc., of John Higgins, deceased, against Sarah C. Powell and others. No opinion. Judgment affirmed, with costs.

HILLSBURGH, Respondent, v. PURROY, Appellant. (Supreme Court, Appellate Division, Third Department. January 22, 1909.) Action by Charlotte F. Hillsburgh against Catharine L. Purroy. No opinion. Order affirmed, with $10 costs and disbursements.

HIRSCH v. NEW ENGLAND NAV. CO. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by Robert B. Hirsch against the New England Navigation Company. No opinion. Motion denied, with $10 costs. Order filed.

HODGINS, Respondent, v. BINGHAM, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) In the matter of the application, etc., of William H. Hodgins against Theodore A. Bingham, etc. No opinion. Motion for resettlement of order granted, without costs. See, also, 128 App. Div. 151, 112 N. Y. Supp. 543.

HOFFMAN, Respondent, v. GABLER, Appellant. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by Frederick Hoffman against John C. Gabler. E. P. Mowton, for appellant. M. L. Malevinsky, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HOLLIS, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 22, 1909.) Action by Edward J. Hollis against the Brooklyn Heights Railroad Company. No opinion. Motion to resettle order of reversal granted, without costs. See, also, 113 N. Y. Supp. 4.

HOLMES, Appellant, v. COHEN, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Robert Holmes, Jr., against Paul Cohen, as treasurer, etc. No opinion. Judgment of the Municipal Court affirmed, with costs.

HOTALING v. FRITH et al. (Supreme Court, Appellate Division, Second Department. January 22, 1909.) Action by Ellen Jarvis Hotaling against Emma A. Frith and others. No opinion. Order affirmed, with $10 costs and disbursements.

HUGHES, Respondent, v. ELECTRIC LIGHT & POWER CO. OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 6, 1909.) Action by Anna Hughes, as administratrix, etc., against the Electric Light & Power Company of Syracuse.
PER CURIAM. · Judgment and order affirmed, with costs.
KRUSE and ROBSON, JJ., dissent.

HULL, Respondent, v. UNITED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Willard A. Hull against United Traction Company.
PER CURIAM. Judgment and order affirmed, with costs.
KELLOGG, J., dissents.

HUNGERFORD v. VILLAGE OF WAVERLY et al. (Supreme Court, Appellate Division, Third Department. January 12, 1909.) Action by Martha A. Hungerford against the Village of Waverly and others. No opinion. Motion denied, without costs.

HUNT, Respondent, v. HANLEY, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Joseph E. Hunt against James M. Hanley. No opinion. Judgment affirmed, with costs.

HUREWITZ, Respondent, v. SMULOWITZ, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Harris Hurewitz against Harris Smulowitz. No opinion. Judgment and order affirmed, with costs.

ISAACS v. TERRY & TENCH CO. (Supreme Court, Appellate Division, First Department. January 29, 1909.) Action by Herman Isaacs against the Terry & Tench Company. No opinion. Application granted. Order signed. See, also, 113 N. Y. Supp. 731.

JABURG v. HASEROT CANNERIES CO. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Action by John Jaburg against the Haserot Canneries Company. No opinion. Motion denied, with $10 costs. Settle order on notice.

JABURG et al. v. HASEROT CANNERIES CO. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by John Jaburg and another against the Haserot Canneries Company. No opinion. Motion granted, with $10 costs. Order filed.

JACKSON v. BYRNE. (Supreme Court, Appellate Division, First Department. December 18, 1908.) Action by Lily I. Jackson against Elizabeth M. Byrne. No opinion. Motion denied, with $10 costs. Order filed.

JACKSON, Respondent, v. JENKINS et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 6, 1909.)

Action by James S. Jackson, as surviving partner, etc., against Ernest Jenkins and another. No opinion. Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer, on payment of costs in this court and in the court below.

JACKSON v. PATERNO. (Supreme Court, Appellate Division, First Department. December 18, 1908.) Action by Lawrence S. Jackson against Carolina T. Paterno. No opinion. Motion denied, with $10 costs. Order filed. See, also, 112 N. Y. Supp. 924.

JAMESON, Respondent, v. CENTRAL UNION GAS CO., Appellant. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by Joseph Jameson, as administrator, against the Central Union Gas Company. J. V. Bouvier, for appellant. M. L. Malevinsky, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $7,500, in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

JOHNSON, Respondent, v. VICTORIA CHIEF COPPER CO., Appellant. (Supreme Court, Appellate Division, First Department. January 22, 1909.) Action by William L. Johnson against the Victoria Chief Copper Company. M. E. Harby, for appellant. C. A. Boston, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 60 Misc. Rep. 468, 112 N. Y. Supp. 346.

JOHNSON, Respondent, v. WELLINGTON COPPER MIN. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by William L. Johnson against the Wellington Copper Mining Company. M. E. Harby, for appellant. C. A. Boston, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 58 Misc. Rep. 353, 110 N. Y. Supp. 1098.

JOHNSTON, Respondent, v. NOBLE, Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Martha P. Johnston against James A. Noble. No opinion. Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer, upon payment of costs of this appeal and at Special Term.

JOHN TURL'S SONS, Inc., Respondent, v. WILLIAMS ENGINEERING & CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 15, 1909.) Action by John Turl's Sons, Incorporated, against the Williams Engineering & Contracting Company. No opinion. Order affirmed, with $10 costs and disbursements.

JOHN TURL'S SONS, Inc., Respondent, v. WILLIAMS ENGINEERING & CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 22, 1909.) Action by John Turl's Sons, Incorporated, against the Williams Engineering & Contracting Company. No opinion. Motion for stay denied, with costs.

JONES v. NEW YORK ELEVATED RY. CO. (Supreme Court, Appellate Division, First Department. December 18, 1908.) Action by John K. Jones, individually, etc., against the New York Elevated Railway Company. No opinion. Motion granted. Settle order on notice.

KEEFE, Respondent, v. BABCOCK, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Florence Keefe, an infant, by William F. Keefe, her guardian ad litem, against Charles L. Babcock. No opinion. Judgment and order unanimously affirmed, with costs.

KELLUM et al. v. MISSION OF IMMACULATE VIRGIN FOR PROTECTION OF HOMELESS & DESTITUTE CHILDREN. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Cornelia J. Kellum and another against the Mission of the Immaculate Virgin for the Protection of Homeless and Destitute Children. No opinion. Exceptions overruled, and judgment directed for the plaintiffs, with costs.

KELLY v. MEYER et al. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by George Kelly against Max W. Meyer and others. No opinion. Motion granted, with $10 costs. Order filed.

KEMPER, Respondent, v. GOLDENKRANZ, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Minnie Kemper against Solomon Goldenkranz. No opinion. Judgment of the Municipal Court affirmed, with costs.

KENNEDY v. HAMMACHER SCHLEMMER & CO. (Supreme Court, Appellate Division, First Department. December 18, 1908.) Action by Thomas J. Kennedy against Hammacher Schlemmer & Co. No opinion. Motion denied, on payment of $10 costs. Order filed.

KENSINGTON REALTY CO., Respondent, v. WILSON, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by the Kensington Realty Company against Edmund Wilson. No opinion. Judgment of the Municipal Court affirmed, with costs.

KEUTHEN, Respondent, v. ELDER, Appellant. (Supreme Court, Appellate Division, Sec-